# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE:  ESTATE OF VIRGINIA BRUMAGE

PETITION OF:  BETH A. BRUMAGE, EXECUTRIX OF ESTATE

: No. 304 WAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.